IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EMPLOYERS AND OPERATING
ENGINEERS LOCAL 520,

    Plaintiff,

SHERRELL CONSTRUCTION, INC.,           Civil No. 16-213-DRH-SCW

    Defendant,

**HERNDON, District Judge:**

This cause is before the Court on the pending Motion to Set Aside Entry of Default (Doc. 15) and Motion for Leave to File Answer Out of Time (Doc. 16). For the reasons stated herein, the motions are **GRANTED**.

Defendant Sherrell Construction, Inc.'s ("Sherrell") answer was due on March 23, 2016 (Doc. 4). Sherrell failed to timely answer or otherwise respond. On March 24, 2016, plaintiffs filed a motion for entry of default (Doc. 6). That same day, plaintiffs filed a motion for default judgment (Doc. 7), a memorandum in support of the motion for default judgment (Doc. 8), and a notice of compliance with Local Rule 55.1(b) stating that the plaintiffs had mailed copies of the motion for default judgment and memorandum in support to Sherrell's last known address (Doc. 9). On March 25, 2016, the Clerk entered default as to Sherrell (Doc. 10). On that same day, without seeking leave of Court, Sherrell filed an answer to the complaint (Doc. 10).

On March 31, 2016, the Court denied the motion for default judgment for failure to comply with local Rule 55.1(a) (Doc. 14). Further, the Court struck Sherrell's answer and allowed Sherrell until April 14, 2016 to file a motion to set aside the entry of default (Doc. 14).

Rule 55(c) provides that a court may set aside entry of default for good cause. The Court should do so if the defendant shows (1) good cause for his default; (2) quick action to correct it; and (3) a meritorious defense to the complaint. *Pretzel & Stouffer v. Imperial Adjusters*, 28 F.3d 42, 45 (7th Cir. 1994); *O'Brien v. R.J. O'Brien & Assocs.*, 998 F.2d 1394, 1401 (7th Cir. 1993); *United States v. Di Mucci*, 879 F.2d 1488, 1495 (7th Cir. 1989).

The Court finds that the above requirements have been met. Accordingly, the Motion to Set Aside Entry of Default is **GRANTED.** The Clerk of the Court is **DIRECTED** to **VACATE** the Entry of Default (Doc. 10). **FURTHER,** Sherrell's Motion for Leave to File Answer Out of Time (Doc. 16) is **GRANTED**. Sherrell is **DIRECTED** to file its answer **INSTANTER.**

**IT IS SO ORDERED.**

Signed this 18th day of April, 2016.

Digitally signed by Judge David R. Herndon
Date: 2016.04.18 10:21:07 -05'00'

**United States District Court**