UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

EMPLOYERS AND OPERATING ENGINEERS
LOCAL 520 PENSION FUND et al,

    Plaintiffs,

v.

SHERRELL CONSTRUCTION, INC.

    Defendant.                               No. 16-cv-213-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on plaintiff's Motion for Summary Judgment.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting plaintiff's Motion for Summary Judgment entered on October 18, 2016 (Doc. 27), judgment is entered in favor of the plaintiffs. Plaintiffs are entitled to $22,325.65 for contributions and liquidated damages and $682.00 for attorney's fees and court costs, for a total of $23,007.65. This case is **DISMISSED.**

                                      JUSTINE FLANAGAN,
                                      ACTING CLERK OF COURT

                                      BY:     */s/Caitlin Fischer*
                                                   **Deputy Clerk**

Dated:   October 18, 2016

                                  Digitally signed by
                                  Judge David R. Herndon
                                  Date: 2016.10.18
                                  13:06:33 -05'00'

APPROVED:
          U.S. DISTRICT JUDGE
          U. S. DISTRICT COURT